UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| In re: | § | Case No. 19-16065-ABL |
|---|---|---|
| | § | |
| HOME TODAY, INC. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF AMENDED TRUSTEE'S FINAL REPORT AND APPLICATION FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Lenard E. Schwartzer, trustee of the above styled estate, has filed an Amended Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Amended Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Foley Federal Building, 300 Las Vegas Blvd., South, 4th Floor, Las Vegas, NV 89101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file and serve a written opposition no later than fourteen (14) days preceding the hearing date for this application, serve a copy of the opposition upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any opposition to the Final Report will be held in the Foley Federal Building, 300 Las Vegas Boulevard South, Third Floor, Las Vegas, Nevada on February 24, 2022, at the hour of 11:00 a.m. If no oppositions are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court

Date:    01/13/2022         By:  /s/ Lenard E. Schwartzer
                                  Trustee

Lenard E. Schwartzer
2850 S. Jones Blvd., Ste 1
Las Vegas, NV 89146

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:                                          § Case No. 19-16065-ABL
                                                §
HOME TODAY, INC.                                §
                                                §
                                                §
            Debtor(s)                           §

## SUMMARY OF AMENDED TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*                              $254,109.68
*and approved disbursements of*                                   $163,115.67
*leaving a balance on hand of[1]:*                                $90,994.01

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 1 | BRAVO INVESTMENT GROUP, LLC | $48,268.23 | $0.00 | $0.00 | $0.00 |
| 2 | BRAVO INVESTMENT GROUP, LLC | $32,835.53 | $0.00 | $0.00 | $0.00 |
| 3 | BRAVO INVESTMENT GROUP, LLC | $82,528.20 | $0.00 | $0.00 | $0.00 |
| 6 | Toorak Capital Partners, LLC | $5,022,741.59 | $0.00 | $0.00 | $0.00 |
| 18 | Eaglewood SPV I LP | $1,104,087.27 | $0.00 | $0.00 | $0.00 |
| 19 | Global Integrity Finance | $1,479,036.99 | $0.00 | $0.00 | $0.00 |
| 20 | Eaglewood SPV I LP | $1,443,710.41 | $0.00 | $0.00 | $0.00 |
| 21 | Triumph Capital Partners LLC | $713,130.61 | $0.00 | $0.00 | $0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

| | | | | | |
|---|---|---|---|---|---|
| 35 | Cypress Fairbanks ISD | $2,548.20 | $0.00 | $0.00 | $0.00 |
| 36 | Harris County et al. | $215,142.62 | $0.00 | $0.00 | $0.00 |
| 41 | HARRIS COUNTY MUD#316 | $9,910.19 | $0.00 | $0.00 | $0.00 |

Total to be paid to secured creditors: $0.00
Remaining balance: $90,994.01

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Lenard E. Schwartzer, Trustee Fees | $15,955.48 | $0.00 | $15,955.48 |
| Lenard E. Schwartzer, Trustee Expenses | $715.18 | $0.00 | $715.18 |
| Schwartzer & McPherson, Attorney for Trustee Fees | $72,432.50 | $72,432.50 | $0.00 |
| Schwartzer & McPherson, Attorney for Trustee Expenses | $4,749.14 | $4,749.14 | $0.00 |
| Kenneth A. Seltzer, CPA, Accountant for Trustee Fees | $4,000.00 | $4,000.00 | $0.00 |
| Kenneth A. Seltzer, CPA, Accountant for Trustee Expenses | $15.00 | $15.00 | $0.00 |

Total to be paid for chapter 7 administrative expenses: $16,670.66
Remaining balance: $74,323.35

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $74,323.35

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $13,275.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

UST Form 101-7-NFR (10/1/2010)

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | ASHLEY LAUREN ALBANESE | $1,650.00 | $0.00 | $1,650.00 |
| 7 | JM INVESTMENT TRUST | $2,200.00 | $0.00 | $2,200.00 |
| 8 | MICHAEL ORTIZ | $3,025.00 | $0.00 | $3,025.00 |
| 12 | Michael G Rhodes Jr | $1,900.00 | $0.00 | $1,900.00 |
| 39 | J. GRAHAM SALE JR, MICHAEL MATEO & | $2,850.00 | $0.00 | $2,850.00 |
| 40 | COURTNEY SHORT | $1,650.00 | $0.00 | $1,650.00 |

Total to be paid to priority claims:     $13,275.00
Remaining balance:     $61,048.35

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $1,999,381.53 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 5 | BM ROSS LLC | $71,452.21 | $0.00 | $2,181.69 |
| 8a | MICHAEL ORTIZ | $525.00 | $0.00 | $16.03 |
| 9 | HIGHER ELEVATION TEXAS LLC | $37,625.00 | $0.00 | $1,148.83 |
| 10 | SCS PROPERTY GROUP LLC | $95,913.26 | $0.00 | $2,928.58 |
| 11 | MO-EL INVESTMENTS LLC | $57,077.18 | $0.00 | $1,742.77 |
| 13 | Clever Solutions Investments, LLC | $48,582.00 | $0.00 | $1,483.38 |
| 14 | JJA Investments, LLC | $243,626.00 | $0.00 | $7,438.78 |
| 15 | CHRISTAN GARCIA | $63,452.00 | $0.00 | $1,937.42 |
| 16 | SET REAL ESTATE, LLC | $146,377.00 | $0.00 | $4,469.42 |
| 17 | LISA PEREZ | $13,525.00 | $0.00 | $412.97 |
| 22 | Optimus Odium Et Alluvium Investitures LLC | $87,061.28 | $0.00 | $2,658.30 |
| 23 | Goldway Limitless LLC | $89,295.00 | $0.00 | $2,726.50 |

UST Form 101-7-NFR (10/1/2010)

| 24 | CITY OF HOUSTON PUBLIC WORKS | $123.96 | $0.00 | $3.78 |
|---|---|---|---|---|
| 25 | CITY OF HOUSTON PUBLIC WORKS | $287.53 | $0.00 | $8.78 |
| 26 | CITY OF HOUSTON PUBLIC WORKS | $148.71 | $0.00 | $4.54 |
| 27 | CITY OF HOUSTON PUBLIC WORKS | $18.87 | $0.00 | $0.58 |
| 28 | CITY OF HOUSTON PUBLIC WORKS | $34.87 | $0.00 | $1.06 |
| 29 | CITY OF HOUSTON PUBLIC WORKS | $56.16 | $0.00 | $1.71 |
| 30 | JCK Ventures, LLC | $241,740.00 | $0.00 | $7,381.20 |
| 31 | Fitzgus Capital Investors LLC | $160,000.00 | $0.00 | $4,885.38 |
| 32 | Reliant Energy Retail Services, LLC | $5,760.26 | $0.00 | $175.88 |
| 33 | Western Alliance Bank | $357,338.12 | $0.00 | $10,910.83 |
| 34 | TRCOTA LLC | $279,362.12 | $0.00 | $8,529.94 |

Total to be paid to timely general unsecured claims:     $61,048.35
Remaining balance:     $0.00

Tardily filed claims of general (unsecured) creditors totaling $5,910.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 37 | Dieuphuong Dinh | $3,060.00 | $0.00 | $0.00 |
| 38 | Jeffrey Graham Sale | $2,850.00 | $0.00 | $0.00 |

Total to be paid to tardily filed general unsecured claims:     $0.00
Remaining balance:     $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

UST Form 101-7-NFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ Lenard E. Schwartzer
Trustee

Lenard E. Schwartzer
2850 S. Jones Blvd., Ste 1
Las Vegas, NV 89146

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)